# In the United States District Court for the Southern District of Georgia Waycross Division

DANIEL ALLEN LEWIS,

      Plaintiff,

    v.

BRANTLEY COUNTY DETENTION
CENTER, J. BOHANNON, DR.
BRADLEY PAGE, JAMIE WILSON, and
LEN DAVIS,

      Defendants.

5:25-cv-64

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Plaintiff's claims against Defendants Brantley County Detention Center and Davis. Dkt. No. 10. Plaintiff has not filed Objections, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS** Plaintiff's claims against Defendants

Brantley County Detention Center and Davis.   Plaintiff's claims against Defendants Bohannon, Page, and Wilson remain pending.[1]

**SO ORDERED**, this _16_ day of March, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1]  I note the Court's mailings were returned as undeliverable, with the notation: "Return to Sender, No Longer Here."  Dkt. No. 12 at 1.  The Court reminds Plaintiff of his obligation to provide the Court with any change in address.  Dkt. Nos. 6, 11.; Local R. 11.1. Plaintiff's failure to follow this Court's Orders and Local Rules will result in the dismissal of his remaining claims.